UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                 Case No. 14-38071-EPK
                                                    Chapter 7

ROLLAGUARD SECURITY, LLC,

           Debtor.           /

## TRUSTEE'S OBJECTION TO CLAIM 32-1, 33-1, 34-1, 35-1, 36-1 AND 38-1

### IMPORTANT NOTICE TO CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment of your claim, then you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned Trustee, ROBERT C. FURR, OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Robert C. Furr, Chapter 7 Trustee (the "Trustee"), pursuant to Federal Rule of Bankruptcy Rule 3007 and Local Rule 3007-1, through undersigned counsel, hereby files this objection (the "Objection") to the following claims (the "Objectionable Claims") and request the recommended disposition be granted:

| Claim No. | Claimant Name | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 32-1 | Wayne Poirier<br>P.O. Box 363<br>Willow Grove, PA 19090 | $85,000<br>Unsecured | This is a late filed claim and subject to further consideration upon the determination that sufficient funds exist to pay the claim in its order of priority. |
| 33-1 | James M. Dempsey<br>5966 Canal Lane<br>West Palm Beach, FL 33407 | $335,137.62<br>Unsecured | This is a late filed claim and subject to further consideration upon the determination that sufficient funds exist to pay the claim in its order of priority. |
| 34-1 | Heidi Reever<br>2118 Ardley Court<br>North Palm Beach, FL 33408 | $2,800<br>Unsecured | This is a late filed claim and subject to further consideration upon the determination that sufficient funds exist to pay the claim in its order of priority. |
| 35-1 | Patricia A. Bickford<br>28 Kenlee Gds. Apt. D<br>South Hadley, MA 01075 | $15,000<br>Unsecured | This is a late filed claim and subject to further consideration upon the determination that sufficient funds exist to pay the claim in its order of priority. |
| 36-1 | 360 Columbia Drive<br>c/o Jasmes D. Tittle, Esq.<br>360 Columbia Drive, Suite 100<br>West Palm Beach, FL 33409 | $80,000<br>Unsecured | Pursuant to Court Orders [ ECF NO. 278 and 296] a claim is allowed for $80,000 as a general unsecured claim for "Hal Prewitt," not "360 Columbia Drive".<br><br>**Therefore, this claim should be reclassed as a claim for the benefit of Hal Prewitt in the amount of $80,000, general unsecured.** |
| 38-1 | Angela Pomaro, as personal represetnative of the testamentary esate of Stephen D. Pomaro | $3,000,000<br>Unsecured | Pursuant to ECF 346 and 360, this claim is subordinated to general unsecured and administrative creditors. |

WHEREFORE, the Trustee respectfully requests this Court enter an order (1) sustaining the Objection for each of the Objectionable Claims, and (2) granting such other and further relief as the Court deems to be just and equitable.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on those parties listed below via the manner stated.

Dated:  September 9, 2019

By  /s/ *Robert C. Furr, Trustee*
ROBERT C. FURR, TRUSTEE
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone:  (561) 395-0500
Facsimile:  (561)338-7532
Email:  trustee@furrtrustee.com

**VIA ECF:**

- **Alan Barbee**   abarbee@glassratner.com, abarbee@glassratner.com
- **Alan M Burger**   aburger@mcdonaldhopkins.com, jpaul@mcdonaldhopkins.com, ltimoteo@mcdonaldhopkins.com
- **Stacey J Carlisle**   sjcarlisle@growerketcham.com, enotice@growerketcham.com
- **Leslie Gern Cloyd**   lcloyd@bergersingerman.com, kgoins@bergersingerman.com, cphillips@bergersingerman.com, efile@ecf.inforuptcy.com, efile@bergersingerman.com, kbeck@bergersingerman.com
- **Kevin M Eckhardt**   keckhardt@huntonak.com, keckhardt@hunton.com
- **C Craig Eller**   celler@broadandcassel.com
- **Matthew J Feeley**   matthew.feeley@usdoj.gov, Milton.Pacheco@usdoj.gov, Shannon.patterson@usdoj.gov
- **Jose R Florez**   jose.florez@bipc.com, Jessie.steffes@bipc.com
- **Robert G Fracasso Jr**   rfracasso@shutts.com, fsantelices@shutts.com
- **Michael A Friedman**   mfriedman@gjb-law.com, gjbecf@gjb-law.com, jsardina@gjb-law.com, gjbecf@ecf.courtdrive.com, jzamora@gjb-law.com
- **Andrew Fulton IV**   andrew@kelleylawoffice.com, dana@kelleylawoffice.com, tina@kelleylawoffice.com, Carmen@kelleylawoffice.com, yamila@kelleylawoffice.com
- **Robert C Furr**   ltitus@furrcohen.com, atty_furrcohen@bluestylus.com, cworkinger@furrcohen.com
- **Robert C Furr**   danderson@furrcohen.com, rcf@trustesolutions.net
- **Angelo A. Gasparri**   angelo@drlclaw.com, lawgroup@drlclaw.com, robert@drlclaw.com, a.ar75275@notify.bestcase.com
- **John H Genovese**   jgenovese@gjb-law.com, hburke@gjb-law.com, gjbecf@gjb-law.com, gjbecf@ecf.courtdrive.com, jzamora@gjb-law.com
- **Kevin C Gleason**   kgpaecmf@aol.com
- **Scott M. Grossman**   grossmansm@gtlaw.com, scottla@gtlaw.com, MiaLitDock@gtlaw.com, FTLLitDock@GTLaw.com; miaecfbky@gtlaw.com
- **Malinda L Hayes**   malinda@businessmindedlawfirm.com, mlhbnk@gmail.com
- **Jamie Z Isani**   jisani@hunton.com, mplantada@hunton.com
- **Laura M Kelly**   lmkelly@growerketcham.com, enotice@growerketcham.com, lcollins@growerketcham.com
- **Bernice C. Lee**   blee@slp.law, dwoodall@slp.law, ematteo@slp.law
- **David H Lichter**   dlichter@lichterlawfirm.com
- **Orfelia M Mayor**   omayor@ombankruptcy.com, legalservices@pbctax.com; carmen@ombankruptcy.com; cmbk@ombankruptcy.com; omayor@ecf.inforuptcy.com
- **Brian K. McMahon**   briankmcmahon@gmail.com, irizarryelise1@gmail.com

- **Charles J Meltz**  cjmeltz@growerketcham.com, enotice@growerketcham.com; jclinton@growerketcham.com
- **Lorin Louis Mrachek**  lmrachek@pm-law.com, abourget@mrachek-law.com; mchandler@pm-law.com; dkelly@mrachek-law.com; blewter@mrachek-law.com; tclarke@mrachek-law.com; dkelly@mrachek-law.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Leslie S. Osborne**  office@rorlawfirm.com, 4275819420@filings.docketbird.com
- **John E Page**  jpage@slp.law, dwoodall@slp.law; ematteo@slp.law
- **Eric S Pendergraft**  ependergraft@slp.law, dwoodall@slp.law; ematteo@slp.law; bshraibergecfmail@gmail.com
- **Evan B. Plotka**  evan@plotkalaw.com
- **Jason S Rigoli**  jrigoli@furrcohen.com, rrivera@furrcohen.com; atty_furrcohen@bluestylus.com
- **Michael J Ryan**  mikeryan32645@yahoo.com
- **Robert A. Schatzman**  robert.schatzman@gray-robinson.com, lauren.rome@gray-robinson.com; Amador.Ruiz-Baliu@gray-robinson.com
- **Gregory L Scott**  gscott@nasonyeager.com, sjanowitz@nasonyeager.com
- **Esperanza Segarra**  esegarra@hinshawlaw.com, clucas@hinshawlaw.com
- **Bradley S Shraiberg**  bss@slp.law, dwoodall@slp.law; blee@slp.law; bshraibergecfmail@gmail.com; ematteo@slp.law
- **Jeffrey M Siskind**  jeffsiskind@msn.com, jmsesq500@gmail.com
- **Jesus M Suarez**  jsuarez@gjb-law.com, gjbecf@gjb-law.com; chopkins@gjb-law.com; jzamora@gjb-law.com; ecastellanos@gjb-law.com; gjbecf@ecf.courtdrive.com
- **Howard S Toland**  htoland@mitrani.com
- **Lori V Vaughan**  lvaughan@trenam.com, mmosbach@trenam.com; mwoods@trenam.com
- **Stuart A Young**  syoung@ybplaw.com

Via Mail:

**Mark F. Bideau**
Greenberg Traurig, P.A.
777 South Flagler Drive
Suite 300 East
West Palm Beach, FL 33401

**Stan L Crooks**
6537 Southern Blvd #2
West Palm Beach, FL 33413

**Eleuba Growth, LLC**
1903 Bearberry Ln
Asheville, NC 28803

**G4i Capital Partners, Inc.**
Attn: David Webb, CEO
512 Overlook Dr
North Palm Beach, FL 33408

**Genovese Joblove & Battista, P.A.**
200 E Broward Blvd # 1110
Fort Lauderdale, FL 33301

**Andrew Kravit**
2101 NW Corporate Blvd #300
Boca Raton, FL 33431

**Adam Levine**
c/o G4i Capital Partners Inc
1180 Gulf Blvd #303
Clearwater, FL 33767

**David H. Lichter**
2999 NE 191 St #330
Aventura, FL 33180

**Pamela Miller**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Bruce Nazzaro**
c/o G4i Capital Partners Inc
1300 Via Royale #1307
Jupiter, FL 33458

**Heidi Reever**
2118 Ardley Court
North Palm Beach, FL 33408

**Stephen W Screnci**
2600 N Military Trail
Fountain Square #410
Boca Raton, FL 33431

**Daniel Shamah**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Shamrock Jewelers Loan & Guarantee, LLC**
968 Northlake Blvd
Lake Park, FL 33403

**Shamrock Jewelers, Inc.**
968 Northlake Blvd
Lake Park, FL 33403

**Anthony T. Simpson**
530 Oyster Rd
North Palm Beach, FL 33408

**Jeff Stingel**
1903 Bearberry Ln
Asheville, NC 22803

**Susan Stingel**
1903 Bearberry Ln
Asheville, NC 28803

**Norman and Susan Thomas**
716 Nighthawk Way
North Palm Beach, FL 33408

**James D Tittle**
360 Columbia Dr #100
West Palm Beach, FL 33409

**David Webb**
c/o G4i Capital Partners Inc
512 Overlook Dr
N Palm Beach, FL 33408

Steven Suder
172 Via Rosina
Jupiter, FL  33458

Micael Dean
1190 Bimini Lane
Singer Island, FL  33404

Rolyat Family Revocable Trust
c/o Daniel E. Taylor
8771 SE Bridge Road #333
Hobe Sound, FL  33455

Eleuba Growth
1903 Bearberry Lane
Ashville, NC 28803

Michael A. Kaufman, PA
1655 Palm Beach Lakes Blvd.
Suite 1012
West Palm Beach, FL 33401

Nicole Testa Mehdipour
Trustee for Estate of Michael Dean
c/o Tripp Scott PA
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301

Walter Mazzota
P.O. Box 8892
Jupiter, FL 33468

Charles M Hamilton
400 S.E. 5th Ave., 304N
Boca Raton, FL 33432

Robert J. Schatzman, Esq.
Gray Robinson PA
333 S.E. 2nd Ave., #3200
Miami, FL 33131

Mark and Lyn Michels
648 Shore Road
North Palm Beach, FL 33408

Norman and Susan Thomas
716 Nighthawk Way
North Palm Beach, FL 33408

Town of Lake Park
c/o Thomas J. Baird, Esq.
Jones Foster
4741 Military Trail, #200
Jupiter, FL 33458

Brian Dunn
12383 Plantation Lane
North Palm Beach, FL 33408

Craig Lewis
12383 Plantation Lane
North Palm Beach, FL 33408

Denise M. Exclusa
3734 Constellation Blvd.
Lake Park, FL 33403

Wayne Poirier
P.O. Box 363
Willow Grove, PA 19090

James Dempsey
5966 Canal Lane
West Palm Beach, FL 33407

Heidi Reever
2118 Ardley Court
North Palm Beach, FL 33408

360 Columbia Drive
c/o James D. Tittle, Esq.
360 Columbia Drive, #100
West Palm Beach, FL 33409

Angela Pomero, PR for Stephen Pomero
c/o Bernice Lee, Esq.
Shraiberg Landau & Page
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431