UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

ROLLAGUARD SECURITY, LLC

Case No. 14-38071-EPK
Chapter 7

Debtor.
_____/

**NOTICE OF FILING CORRECTED EXHIBIT B TO TRUSTEE'S MOTION FOR AUTHORITY TO MAKE FIRST INTERIM DISTRIBUTION TO GENERAL UNSECURED CREDITORS [ECF NO. 504]**

Robert C. Furr (the "**Trustee**"), the duly appointed and acting Chapter 7 trustee of the estate of Rollaguard Security, LLC (the "**Debtor**"), by and through undersigned counsel, files this *Notice of Filing Corrected Exhibit "B" to Trustee's Motion for Authority to Make First Interim Distribution to General Unsecured Creditors* [ECF No. 504] ("**Exhibit B**") filed on November 6, 2019. The corrected attached Exhibit B removes Proof of Claim No. 21 from the distribution chart because it has been disallowed pursuant to *Omnibus Order Granting Omnibus Motion to Approve Settlement and Compromise with Adversary Defendants New County Motor Cars of Palm Beach, LLC d/b/a Mercedes Benz of North Palm Beach, Glenn Goldstein, Diane Goldstein, Richard Collins and Robin J. Collins* [ECF NO. 399] entered on March 1, 2019 by this Court.

Respectfully submitted this 8th day of November 2019.

                                                  FURR AND COHEN, P.A.
                                                  *Attorneys for Trustee*
                                                  2255 Glades Road, Suite 301E
                                                  Boca Raton, FL 33431
                                                  (561) 395-0500/(561) 338-7582 - facsimile

                                        By:*/s/ Jason S. Rigoli*
                                               Jason S. Rigoli, Esq.
                                               Florida Bar No. 91990
                                               E-mail: jrigoli@furrcohen.com

1

| Case No: | 14-38071-EPK | | | | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Rollaguard Security, LLC | | | | Date: | 11/6/2019 |

| Ref | Claimant | Class | Amount Remaining | Proposed Distribution | Interest |
|---|---|---|---|---|---|
| | Robert C. Furr, Trustee | Trustee Compensation | $37,177.84 | $37,177.84 | $0.00 |
| Description: | Claim #: ; Distribution Dividend: 100.00; Account Number: ; Amount Allowed: 119,666.18; Dividend: 4.95; Notes: ; Amount Claimed: 119,666.18; | | | | |
| 2 | Internal Revenue Service | Internal Revenue Service Secured Tax Lien | $57,827.36 | $57,827.36 | $0.00 |
| Description: | Claim #: 2; Distribution Dividend: 100.00; Account Number: ; Amount Allowed: 57,827.36; Dividend: 7.71; Notes: ; Amount Claimed: 57,827.36; | | | | |
| 2a | Internal Revenue Service | Claims of Governmental Units - 507( | $29,551.19 | $29,551.19 | $0.00 |
| Description: | Claim #: 2; Distribution Dividend: 100.00; Account Number: ; Amount Allowed: 29,551.19; Dividend: 3.94; Notes: ; Amount Claimed: 29,551.19; | | | | |
| 27 | Palm Beach County Tax Collector | Claims of Governmental Units - 507( | $1,230.16 | $1,230.16 | $0.00 |
| Description: | Claim #: 27; Distribution Dividend: 100.00; Account Number: ; Amount Allowed: 1,230.16; Dividend: 0.16; Notes: (27-1) Tangible Personal Property Taxes; Amount Claimed: 1,230.16; | | | | |
| 28 | Palm Beach County Tax Collector | Claims of Governmental Units - 507( | $826.53 | $826.53 | $0.00 |
| Description: | Claim #: 28; Distribution Dividend: 100.00; Account Number: ; Amount Allowed: 826.53; Dividend: 0.11; Notes: (28-1) Tangible Property Taxes; Amount Claimed: 826.53; | | | | |
| 1 | SC Integrity, Inc. | General Unsecured 726(a)(2) | $12,146.43 | $1,263.86 | $0.00 |
| Description: | Claim #: 1; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 12,146.43; Dividend: 0.16; Notes: ; Amount Claimed: 12,146.43; | | | | |
| 3 | Klett, Mesches & Johnson, P.L. | General Unsecured 726(a)(2) | $4,862.67 | $505.97 | $0.00 |
| Description: | Claim #: 3; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 4,862.67; Dividend: 0.06; Notes: (3-1) General Unsecured - Fees & Costs for Services Rendered; Amount Claimed: 4,862.67; | | | | |
| 5 | United Parcel Service | General Unsecured 726(a)(2) | $16.76 | $1.74 | $0.00 |
| Description: | Claim #: 5; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 16.76; Dividend: 0.00; Notes: ; Amount Claimed: 16.76; | | | | |
| 6 | Cohen, Norris, Wolmer, Ray, Telepman | General Unsecured 726(a)(2) | $7,106.00 | $739.39 | $0.00 |
| Description: | Claim #: 6; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 7,106.00; Dividend: 0.09; Notes: ; Amount Claimed: 7,106.00; | | | | |
| 7 | Avnet Inc | General Unsecured 726(a)(2) | $11,039.40 | $1,148.66 | $0.00 |
| Description: | Claim #: 7; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 11,039.40; Dividend: 0.15; Notes: ; Amount Claimed: 11,039.40; | | | | |
| 8 | John R. Erbey | General Unsecured 726(a)(2) | $861,832.19 | $89,674.41 | $0.00 |
| Description: | Claim #: 8; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 861,832.19; Dividend: 11.95; Notes: ; Amount Claimed: 861,832.19; | | | | |
| 9 | John R Erbey, Family Limited Partners | General Unsecured 726(a)(2) | $1,715,917.19 | $178,542.72 | $0.00 |
| Description: | Claim #: 9; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 1,715,917.19; Dividend: 23.80; Notes: ; Amount Claimed: 1,715,917.19; | | | | |
| 12 | DKT Consulting, P.A | General Unsecured 726(a)(2) | $14,000.00 | $1,456.71 | $0.00 |
| Description: | Claim #: 12; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 14,000.00; Dividend: 0.19; Notes: ; Amount Claimed: 14,000.00; | | | | |
| 13A | Stephen D. Pomaro | General Unsecured 726(a)(2) | $1,000,000.00 | $104,050.89 | $0.00 |
| Description: | Claim #: 13; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 1,000,000.00; Dividend: 13.87; Notes: (13-1) Loan(13-2) Funds provided and settlement agreement [ECF Nos. 346, 360]; Amount C | | | | |
| 15 | Croft Properties | General Unsecured 726(a)(2) | $7,700.00 | $801.19 | $0.00 |
| Description: | Claim #: 15; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 7,700.00; Dividend: 0.10; Notes: ; Amount Claimed: 7,700.00; | | | | |
| 16 | Eleuba Growth, LLC | General Unsecured 726(a)(2) | $459,000.00 | $47,759.36 | $0.00 |
| Description: | Claim #: 16; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 459,000.00; Dividend: 6.36; Notes: Court Order [ECF ]; Amount Claimed: 815,957.00; | | | | |
| 17 | Jeff Stingel | General Unsecured 726(a)(2) | $175,175.00 | $18,227.12 | $0.00 |
| Description: | Claim #: 17; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 175,175.00; Dividend: 2.43; Notes: ; Amount Claimed: 322,654.00; | | | | |
| 18 | WFGR INVESTMENTS LLC | General Unsecured 726(a)(2) | $541,917.81 | $56,387.03 | $0.00 |

| Ref | Claimant | Class | Amount Remaining | Proposed Distribution | Interest |
|---|---|---|---|---|---|
| | | | | | |
| Description: | Claim #: 18; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 541,917.81; Dividend: 7.51; Notes: ; Amount Claimed: 541,917.81; | | | | |
| 19 | Walter W. Mazzota | General Unsecured 726(a)(2) | $190,000.00 | $19,769.67 | $0.00 |
| Description: | Claim #: 19; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 190,000.00; Dividend: 2.63; Notes: Court Order [ECF ]; Amount Claimed: 190,000.00; | | | | |
| 22 | Dianne Goldstein | General Unsecured 726(a)(2) | $67,000.00 | $6,971.41 | $0.00 |
| Description: | Claim #: 22; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 67,000.00; Dividend: 0.92; Notes: ; Amount Claimed: 67,000.00; | | | | |
| 25 | Norman and Susan Thomas | General Unsecured 726(a)(2) | $200,000.00 | $20,810.18 | $0.00 |
| Description: | Claim #: 25; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 200,000.00; Dividend: 2.77; Notes: Court Order [ECF ]; Amount Claimed: 375,000.00; | | | | |
| 29 | Brian Dunn | General Unsecured 726(a)(2) | $150,000.00 | $15,607.63 | $0.00 |
| Description: | Claim #: 29; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 150,000.00; Dividend: 2.08; Notes: ; Amount Claimed: 150,000.00; | | | | |
| 31 | Denise M Exclusa | General Unsecured 726(a)(2) | $522.00 | $54.31 | $0.00 |
| Description: | Claim #: 31; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 522.00; Dividend: 0.00; Notes: Court Order [ECF ]; Amount Claimed: 522.00; | | | | |
| 32 | WAYNE POIRIER | General Unsecured 726(a)(2) | $85,000.00 | $8,844.33 | $0.00 |
| Description: | Claim #: 32; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 85,000.00; Dividend: 1.17; Notes: Court Order [ECF ]; Amount Claimed: 85,000.00; | | | | |
| 33 | James M Dempsey | General Unsecured 726(a)(2) | $335,137.65 | $34,871.37 | $0.00 |
| Description: | Claim #: 33; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 335,137.65; Dividend: 4.64; Notes: Court Order [ECF ]; Amount Claimed: 335,137.65; | | | | |
| 34 | Heidi Reever | General Unsecured 726(a)(2) | $2,800.00 | $291.34 | $0.00 |
| Description: | Claim #: 34; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 2,800.00; Dividend: 0.03; Notes: Court Order [ECF ]; Amount Claimed: 2,800.00; | | | | |
| 35 | Patricia A Bickford | General Unsecured 726(a)(2) | $15,000.00 | $1,560.76 | $0.00 |
| Description: | Claim #: 35; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 15,000.00; Dividend: 0.20; Notes: Court Order [ECF ]; Amount Claimed: 15,000.00; | | | | |
| 36 | Hal Prewitt | General Unsecured 726(a)(2) | $80,000.00 | $8,324.07 | $0.00 |
| Description: | Claim #: 36; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 80,000.00; Dividend: 1.10; Notes: Court Order [ECF ]; Amount Claimed: 80,000.00; | | | | |
| 37 | Brandon Motor Cars | General Unsecured 726(a)(2) | $55,000.00 | $5,722.80 | $0.00 |
| Description: | Claim #: 37; Distribution Dividend: 10.41; Account Number: ; Amount Allowed: 55,000.00; Dividend: 0.76; Notes: (37-1) Settlement of Adversary Proceedings 16-1725; Amount Claimed: 55,000.00; | | | | |
| | | | **$6,117,786.18** | **$750,000.00** | **$0.00** |